WILLIAM W. GILBERT, Appellant, *v.* CHARLES E. LYDECKER, Public Administrator, etc., Appellant.

(Argued December 13, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*S. B. Brownell* for plaintiff.

*Charles E. Lydecker* for defendant

Agree to affirm; no opinion
All concur.
Judgment affirmed.

---

VAN RENSSELAER GETMAN, as Executor, etc., Appellant, *v.* ALONSON B. INGERSOLL, Impleaded, etc., Respondent.

(Submitted December 13, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 2, 1888, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Geo. W. Bradner* for appellant.

*C. C. Brown* and *M. L. Wright* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.